**Jo Ann HOFFMANN, Appellant,**

**v.**

Michael LEAVITT,[1] Secretary of Health and Human Services, Appellee.

No. 05–1600.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2006.

Decided: July 10, 2006.

Jo Ann Hoffmann, Bella Vista, AR, pro se.

Mark Winston Webb, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Jo Ann Hoffmann appeals the district court's[2] judgment upholding the final decision of the Secretary of Health and Human Services denying certain claims for benefits under Part B of the Medicare program. Following careful review, we agree with the district court that the Secretary's decision is supported by substantial evidence. *See* 42 U.S.C. § 405(g); 42 U.S.C. § 1395ff(b)(1)(A). Accordingly, we affirm. *See* 8th Cir. R. 47B. Hoffmann's pending motions are denied.

---

1. Michael Leavitt has been appointed to serve as Secretary of Health and Human Services, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the

---

Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.